# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# DETROIT DIVISION

| | |
|---|---|
| In Re: | Case No. 20-52130-pjs |
| Selena Barbara Houston<br>  *aka* Selena Houston<br>  *aka* Selena B. Houston | Chapter 13 |
| Debtor. | Judge Phillip J. Shefferly |

## NOTICE OF APPEARANCE

    Now comes Molly Slutsky Simons, an attorney admitted to practice in the U.S. Bankruptcy Court, Eastern District of Michigan, and enters an appearance on behalf of Franklin Credit Management Corporation as servicer for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as certificate trustee of Bosco Credit II Trust Series 2010-1, in the above captioned proceedings.

                      Respectfully Submitted,

                      /s/ Molly Slutsky Simons
                      Molly Slutsky Simons (OH 0083702)
                      Sottile & Barile, Attorneys at Law
                      394 Wards Corner Road, Suite 180
                      Loveland, OH 45140
                      Phone: 513.444.4100
                      Email: bankruptcy@sottileandbarile.com
                      Attorney for Creditor

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# DETROIT DIVISION

In Re:  Case No. 20-52130-pjs

Selena Barbara Houston
  *aka* Selena Houston  Chapter 13
  *aka* Selena B. Houston

Debtor.  Judge Phillip J. Shefferly

## PROOF OF SERVICE

The undersigned does hereby certify that a copy of the Notice has been duly electronically serviced, noticed or mailed via U.S. First Class Mail, postage prepaid on December 14, 2020 to the following:

Selena Barbara Houston, Debtor
12701 Gunston Street
Detroit, MI 48205

A. Rita Kostopoulos, Debtors' Counsel
kalawecf@thekostopouloslawyers.com

David Wm Ruskin, Chapter 13 Trustee
ecf-emails@det13.com

United States Trustee's Office
(registeredaddress)@usdoj.gov

    /s/ Molly Slutsky Simons
    Molly Slutsky Simons (OH 0083702)
    Attorney for Creditor